# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MICHAEL MCCARTHY | : No. 173 EAL 2015 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| DRISCOLL CONSTRUCTION CO. INC., | : |
| L.F. DRISCOLL CONSTRUCTION CO. | : |
| L.L.C. | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| THE NATIONAL RAILROAD | : |
| PASSENGER CORPORATION D/B/A | : |
| AMTRAK | : |
| | : |
| | : |
| PETITION OF: DRISCOLL | : |
| CONSTRUCTION CO. INC. | : |
| | |
| MICHAEL MCCARTHY | : No. 174 EAL 2015 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| DRISCOLL CONSTRUCTION CO. INC., | : |
| L.F. DRISCOLL CONSTRUCTION CO. | : |
| L.L.C. | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| THE NATIONAL RAILROAD | : |
| PASSENGER CORPORATION D/B/A | : |
| AMTRAK | : |
| | : |
| | : |

PETITION OF: DRISCOLL : 
CONSTRUCTION CO. INC. :

# ORDER

**PER CURIAM**

  **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.